

# United States District Court
# Eastern District of California

| Valero Aguiar, Hermes Junior |
| --- |

Plaintiff(s)

Case Number: | 1.26-cv-5213-TLN-JDP |
| --- |

V.

| Blanche, Todd et al. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Sergio Garcia _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Hermes Junior Valero Aguiar

On _____06/17/2026_____ (date), I was admitted to practice and presently in good standing in the

_____State Bar of Utah_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Gabriel Ricardo Garcia Ruiz, Case no. 1:26-cv-04715 (A# 244-236-572)

Applied for on 6/18/2026 and granted.

Date: _____07/06/2026_____

Signature of Applicant: /s/ ___Sergio Garcia___

**Pro Hac Vice Attorney**

Applicant's Name: Sergio Garcia

Law Firm Name: Garcia Law, PLLC

Address: 10931 Beckstead Lane

City: South Jordan    State: Utah    Zip: 84095

Phone Number w/Area Code: (801) 900-3227

City and State of Residence: South Jordan, Utah

Primary E-mail Address: sergio@antorchalaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana L. Hanna

Address: 402 West Broadway

Suite 1730

City: San Diego    State: CA    Zip: 92101

Phone Number w/Area Code: (619) 234-3635    Bar # 230127

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 6/16/2026

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Sergio  Garcia

This is to certify that Sergio  Garcia, Utah State Bar No. 15843 was admitted to practice law in Utah on 5/10/2016.

Sergio   Garcia is currently an ACTIVE member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2026 -1198415
verify by email at cogsrequest@utahbar.org